JOHN W. HUBER, United States Attorney (#7226)
JAY WINWARD, Assistant United States Attorney (#11806)
Attorneys for the United States of America
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4263
jay.winward@usdoj.gov

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

JUN 16 2020

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ARTHUR VARELA, <br> DARYL GREENWALT, <br> SABRINA FAULKNER, <br> CHAD RUDY, and <br> DUSTIN BISHOP, <br><br> Defendants. | FELONY COMPLAINT <br><br> 4:20-mj-00044-PK <br><br> VIOLATIONS: <br><br> 21 U.S.C. § 841(a)(1), <br> Possession of Methamphetamine with Intent to Distribute <br><br> 21 U.S.C § 846, <br> Conspiracy to Distribute Methamphetamine |

Before United States Magistrate Judge Paul Kohler in the U.S. District Court for the District of Utah, appeared the undersigned, who, on oath deposes and says:

## COUNT I

(Possession of Methamphetamine with Intent to Distribute)

On or about June 13 2020, in the Central Division of the District of Utah,

**ARTHUR VARELA,**
**DARYL GREENWALT,**

1

**SABRINA FAULKNER,
CHAD RUDY, and
DUSTIN BISHOP,**

defendants herein, did knowingly and intentionally possess with intent to distribute 50

grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C.

§ 812, and did aid and abet therein, all in violation of 18 U.S.C. § 2 and  21 U.S.C.

§ 841(a)(1), and punishable under 21 U.S.C. § 841(b)(1)(A).

## COUNT II
(Possession of Methamphetamine with Intent to Distribute)

On or about June 13, 2020, in the Central Division of the District of Utah,

**DARYL GREENWALT,**

defendant herein, did knowingly and intentionally possess with intent to distribute 5

grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C.

§ 812, in violation of 21 U.S.C. § 841(a)(1), and punishable under 21 U.S.C.

§ 841(b)(1)(B).

## COUNT III
(Conspiracy to Distribute Methamphetamine)

Starting on approximately June 1, 2020, and going through June 13, 2020 in the

Central District of Utah District of Utah,

**ARTHUR VARELA,
DARYL GREENWALT,
SABRINA FAULKNER,**

**CHAD RUDY and
DUSTIN BISHOP,**

defendants herein, did knowingly and intentionally conspire to distribute 50 grams or more of a mixture of substance containing a detectable amount of methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812 in violation of 21 U.S.C §846, and punishable under 21 U.S.C. § 841(b)(1)(A).

## AFFIDAVIT IN SUPPORT OF FELONY COMPLAINT

I, Brad Cox, the undersigned affiant state the following is true and correct to the best of my knowledge and belief:

1.      I am employed as a Special Agent with the Drug Enforcement Administration (DEA) and have been so employed for more than 29 years. I am currently assigned to DEA's Utah District Office, St. George Post of duty. I am charged with the enforcement of the Controlled Substance Act of the United States. Based on my training and experience as a DEA agent, I am familiar with the methods and practices of trafficking in illegal drugs and in the transportation, concealing, and distribution of those illegal drugs.

2.      I have assisted the Iron/Beaver County Drug Task Force, (IBCDTF,) with the investigation of the narcotic activities of SABRINA FAULKNER et al. The investigation has included information obtained from a Confidential Source (CS). This CS has proven to be reliable.

3.      On approximately June 8, 2020, members of the IBCDTF received

3

information from the CS that SABRINA FAULKNER had contacted the CS and asked the CS if he/she could find approximately 1 pound of methamphetamine for FAULKNER to purchase. The CS told FAULKNER that he/she would look into it.

4.      The CS contacted people that he/she knew in California that were involved in the distribution of methamphetamine. These people told the CS that they would make arrangements for someone to transport the methamphetamine to Beaver, Utah.

5.      Over the next several days, to include June 13, 2020, the CS continued to communicate with FAULKNER, the suppliers in California, and CHAD RUDY, concerning the arrangements for the purchase of methamphetamine in Beaver, Utah. RUDY and FAULKNER sent multiple text messages assisting in the arrangement of the narcotics transaction. These text messages are preserved and in the possession of law enforcement.

6.      On June 13, 2020, suppliers in California informed the CS that "Daryl" and another unknown male would be coming to Beaver with a half-pound of methamphetamine to sell to the CS and/or whomever would be paying for the methamphetamine.

7.      On June 13, 2020, surveillance was established on room #506, at the EconoLodge located on Main Street in Beaver, Utah. FAULKNER had previously asked the CS to rent a motel room so that she and others could come down from the Salt Lake City, Utah area, and have a place to meet the people that were coming up from California to conduct the methamphetamine transaction.

4

8.      On June 13, 2020, FAULKNER, RUDY, DUSTIN BISHOP and others were observed by law enforcement going in and out of motel room #506.

9.      During different times on June 13, surveillance agents could hear the CS engage in conversation with people in the motel room about the upcoming delivery of methamphetamine and to have their money ready when it was delivered.

10.     On June 13, 2020, at approximately 6:20 p.m., the CS was informed that "Daryl" (later identified as DARYL GREENWALT), and another male would be arriving at the motel in Beaver.

11.     At approximately 6:50 p.m. surveillance agents observed a black Kia automobile pull into the parking lot of the motel. Surveillance agents observed a Hispanic male, later identified as ARTHUR VARELA, exit the vehicle with a black briefcase, and proceed into motel room #506.

12.     From the audible transmission that surveillance agents were receiving from the recording/transmitting device being worn by the CS inside the motel room, it was clear that the narcotics transaction was being conducted.

13.     At approximately 7:00 p.m. members of the IBCDTF, myself, and SA Brady Wilson approached motel room #506 and the black Kia. A member of the IBCDTF knocked on the motel door which was then opened. Once the door was opened law enforcement could see a large amount of money and methamphetamine (field tested positive for the presence of methamphetamine) on the dresser inside of the motel room. This is the methamphetamine that is charged in Count 1 and the methamphetamine that

5

the defendants conspired to distribute as charged in Count III. At this time VARELA, FAULKNER, RUDY and BISHOP were placed under arrest inside of the motel room.

14.     VARELA was advised of his rights and stated he understood them and was willing to talk. VARELA stated that the methamphetamine inside of the motel room was his and that he had brought it up from California. VARELA stated that he asked GREENWALT to drive him.

15.     BISHOP was advised of his rights and stated he understood them and was willing to talk. BISHOP stated that he knew he was coming down from Salt Lake City to Beaver, Utah to purchase $400.00 worth of methamphetamine but that he did not know how much methamphetamine was being brought to the motel room.

16.     At the same time law enforcement officers were approaching the motel room, officers approached the black Kia where DARYL GREENWALT was found in the driver's seat and was placed under arrest.

17.     GREENWALT was advised of his rights and stated he understood them and was willing to talk. GREENWALT stated that the black Kia belonged to his friend in Las Vegas named Mohamed. GREENWALT stated that he had the Kia for approximately a week. GREENWALT stated that he had driven himself and VARELA from California to Las Vegas. GREENWALT stated that VARELA had asked him to drive him up to Beaver, Utah so that he could visit some people. GREENWALT stated that VARELA paid him $400.00 to drive him up to Beaver. GREENWALT stated that he thought it was strange that VARELA would pay him $400.00 to do this.

18. A Utah State Search Warrant was obtained for the black Kia. Officers found a backpack in the trunk of the Kia. Inside of a pouch of the back pack, officers found approximately 22 grams of methamphetamine (field tested positive for the presence of methamphetamine). This is the methamphetamine that is charged in Count III. This methamphetamine appeared to be packaged in the same type of plastic bags as the methamphetamine found in the motel room. Inside of the same pouch that the methamphetamine was found in was an "Accident Exchange Form" in the name of "DARYL GREENWALT." This form was issued by the Peoria, California Police Department.

Based on the foregoing information, your I respectfully request that warrants of arrest be issued for ARTHUR VARELA, DARYL GREENWALT, SABRINA FAULKNER, CHAD RUDY, and DUSTIN BISHOP for violations of 21 U.S.C. §§ 841(a)(1) and 846.

DATED this ___16___ day of June 2020.

BRAD COX
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me this ___16___ day of June, 2020.

PAUL KOHLER
United States Magistrate Judge

7